# PRISONERS DATABASE

UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF VIRGINIA -

1:26cv785-MSN-WEF

MAIN PAGE

All Records for Prince Jones

| RecordID | PrisonerID | File Date | Judge | RecDate | Office | Year | CV | Num | Action | Disposition | Three Strikes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 36420 | 20252720 | 2026-03-18 | Nachmanoff | 2026-03-17 | 1 | 26 | cv | 9999 | 42:1983pr | | --- |
| 36108 | 20252720 | 2025-12-03 | Nachmanoff | 2025-11-26 | 1 | 25 | cv | 2265 | 28:2241 | | --- |
| 36067 | 20252720 | 2025-11-13 | Nachmanoff | 2025-11-10 | 1 | 25 | cv | 2063 | 42:1983pr | | |
| TOTAL RECORDS:3 | | | | | | | | | | | |