Date: 03/13/2026

FILED
MAR 18 2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

1:26cv785-MSN-WEF

Clerk of Court

United States District Court

Eastern District of Virginia

Richmond Division

701 East Broad St
Richmond, VA 23219

Re: Filing of Civil Rights Complaint Pursuant to 42 U.S.C. § 1983

Prince Jones v. Rappahannock Regional Jail Authority, et al.

Dear Clerk of Court:

Please accept the enclosed civil rights complaint submitted by Plaintiff Prince Jones for filing pursuant to 42 U.S.C. § 1983. This action seeks relief for violations of Plaintiff's constitutional rights arising from unlawful detention and unconstitutional conditions of confinement at Rappahannock Regional Jail.

Plaintiff respectfully requests that the Court docket the enclosed documents and open a new civil action.

The following documents are enclosed for filing:

1. Civil Rights Complaint under 42 U.S.C. § 1983
2. Civil Cover Sheet (JS-44)
3. Motion to Preserve Evidence
4. Motion to Proceed In Forma Pauperis (if applicable)

FILED
MAR 17 2026
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

5. Supporting Exhibits (if applicable)

Plaintiff respectfully requests that a file-stamped copy of the complaint and docket number be returned to him at the address listed below.

Thank you for your attention to this matter.

Respectfully submitted,

Prince Jones

Reg. No.: 20252720

Plaintiff, Pro Se

Rappahannock Regional Jail

P.O Box 548

Fredericksburg VA, 22404

Signature: PRINCE JONES