PRESS FIRMLY TO SEAL

FSC MIX FSC C118918

PAPER POUCH how2recycle.info

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRIORITY® MAIL

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID

$11.95

Origin: 20009
03/14/26
1049190237-47

PRIORITY MAIL®

0 Lb 11.30 Oz

RDC 03

EXPECTED DELIVERY DAY: 03/17/26

C001

SHIP TO:
701 E BROAD ST
RICHMOND VA 23219-1833

USPS TRACKING® #

9505 5106 9607 6073 2705 01

- Expected (
- Domestic :
- USPS Trac
- Limited int
- When use

ply).*

ational destinations.

red.

*Insurance doe
Domestic Mail I
** See Internati

see the

ons of coverage.

FLAT
ONE RATE

TRAC

PS

edule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PAPER POUCH how2recycle.info

U.S. MARSHALS INSPECTED

FROM:
Prince Jones
PO Box 548
Fredericksburg, VA 22404

TO:
United States District Court
Eastern District of Virginia
Richmond Division
701 East Broad St.
Richmond, VA 23219

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.